AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>2/7/20   8:12 AM | Copy of warrant and inventory left with:<br>Edon Kagasoff |
| Inventory made in the presence of :<br>SA Isaac Steele | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See attached | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  2/13/20

_____
Executing officer's signature

SA Michael Impastato
Printed name and title

23431 BLUEBIRD PROPERTY ATTACHMENT:

Suspected Cocaine
Miscellaneous pills (suspected Xanax and ecstasy, unknown blue pills, unknown crystalline pills)
Sig Sauer .45 Pistol S/N: 51B016428
Magnum Research .44 pistol
Springfield 1911
Dan Wesson CZ 785
Kimber 1911 Black .45
ED Brown 1911
FN 5.7x28
HK GMBH 9MM
SPRINGFIELD 1911 TRP .45
Dan Wesson 1911 .45
Glock 19 Gen 5 9mm
Kimber 1911 Raptor
Springfield 1911 Operator Pistol .45
Smith And Wesson .357
Springfield Custom 1911 .45
Springfield 1911 .45
HK VP 9mm
Glock 19 9mm
Glock 17 9mm
Llama Special 9mm
Benelli M4 Shotgun
Arsenal SAM7R
Benelli 12 Gauge M4
Benelli M4 Shotgun
Spikes Tactical AR 15 ST 15
LWRC International M6
LWRC Reaper .308
Springfield SOCOM 16 .308
Daniel Defense DDM4
CMMG 762x39
LWRC six 8
Benelli Shotgun Super Sport
KELTEC KSG Shotgun
DPMS Lower receiver
FN M249S
Miscellaneous documents

Motorola Moto Z 1008 1638 567
Motorola  zy223r4q55 (wood back)
Samsung r28j618y7jx
Motorola Droid (White) zy222w3h26
Samsung Galaxy S10 r58m247yenj
Samsung Galaxy J3 r28k804lmsk
Microsoft Surface
Microsoft Surface
US Currency -$525,509.00